April 20, 1976

M. P. No. 76-149. STATE *v.* RALPH S. BYRNES *et al.* Upon consideration of the petition for certiorari filed on behalf of the defendants and the memorandum in opposition filed by the State, the court is of the opinion that there was no abuse of discretion on the part of the trial justice. Accordingly, the petition for certiorari is denied. Bevilacqua, C. J. and Doris, J. not participating. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for plaintiff-respondent. *Bevilacqua & Cicilline, John F. Cicilline, Harris Berson, Paul DiMaio, Harvey Brower,* Lawrence, Mass., for defendants-petitioners.